UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE: ARLENE R. LINDSAY                         DATE: 11/19/2024
United States Magistrate Judge
                                                  TIME: 11:00 AM

DOCKET NO: 24-cv-9012 (ARL)

CASE: Aguirre v. Ramon Lopez Construction Corp. et al

\_\_\_\_    INITIAL CONFERENCE
\_\_\_\_    STATUS CONFERENCE
\_\_\_\_    SCHEDULING CONFERENCE                   BY TELEPHONE  X
\_\_\_\_    SETTLEMENT CONFERENCE
\_\_\_\_    FINAL CONFERENCE
 X      FAIRNESS HEARING

        APPEARANCES

        FOR PLAINTIFF:              FOR DEFENDANTS:
        Lina Stillman               David S. Feather

The following rulings were made:

    Having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The Clerk of Court is directed to mark this matter closed.


                        SO ORDERED:
                        _____/s/_____