# FEATHER LAW FIRM, P.C.

666 OLD COUNTRY ROAD
SUITE 509
GARDEN CITY, NEW YORK 11530

Telephone: 516.745.9000
Facsimile: 516.908.3930

DFeather@FeatherLawFirm.com
www.FeatherLawFirm.com

November 27, 2024

**VIA ECF ONLY**

Hon. Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

    Re:    Aguirre v. Ramon Lopez Construction Corp., et al.
             Docket No. 23-cv-09012 (ARL)

Dear Magistrate Judge Lindsay:

The undersigned represents the Defendants in the above-referenced matter.

By Order dated November 19, 2024, this Court approved the Parties' Settlement Agreement as fair and reasonable, and directed the Clerk of Court to mark this matter closed. [DE20].

By this letter, I respectfully request that this Court "So Order" the attached Stipulation of Discontinuance with Prejudice.

In addition, it appears that the Court's November 19, 2024 Order had the wrong Docket Number on it - 24-cv-9012. The correct Docket Number is 2**3**-cv-9012.

Respectfully yours,

David S. Feather

**SCHEDULE "A"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN AGUIRRE,                                              Docket No. 23-cv-09012
                    Plaintiffs,
    -against-                                            **STIPULATION OF DISCONTINUANCE**
                                                    **WITH PREJUDICE**
RAMON LOPEZ CONSTRUCTION CORP.
and RAMON LOPEZ,
                    Defendants.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to any party or against any other. This Stipulation may be filed without further notice with the Clerk of the Court.

This Stipulation shall not be in effect until executed by all parties set forth herein.

Dated: September 25, 2024

By: _____
David S. Feather, Esq.
Feather Law Firm, P.C.
666 Old Country Road, Suite 509
Garden City, New York 11530
*Attorneys for Defendants*

By: _____
Lina Stillman, Esq.
Stillman Legal PC
42 Broadway, 12th Floor
New York, New York 10004
*Attorneys for Plaintiff*

8