## SCHEDULE "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN AGUIRRE,

          Plaintiffs,

-against-

RAMON LOPEZ CONSTRUCTION CORP.
and RAMON LOPEZ,

          Defendants.
-----------------------------------------------------------X

Docket No. 23-cv-09012

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to any party or against any other. This Stipulation may be filed without further notice with the Clerk of the Court.

This Stipulation shall not be in effect until executed by all parties set forth herein.

Dated: September 25, 2024

By: _____
David S. Feather, Esq.
Feather Law Firm, P.C.
666 Old Country Road, Suite 509
Garden City, New York 11530
*Attorneys for Defendants*

By: _____
Lina Stillman, Esq.
Stillman Legal PC
42 Broadway, 12th Floor
New York, New York 10004
*Attorneys for Plaintiff*

Dated: December 3, 2024
      Central Islip, NY

So Ordered:

s/ Arlene R. Lindsay
_____
Arlene R. Lindsay, U.S.M.J.

8